STATE OF NORTH CAROLINA v. ALBERT LEE SOLES

No. 735SC444

(Filed 11 July 1973)

APPEAL by defendant from *Wells, Judge,* 13 November 1972 Session of NEW HANOVER Superior Court.

By six indictments defendant was charged with (1) felonious breaking, entering and larceny on 31 March 1972, (2) felonious breaking, entering and larceny on 9 July 1972, (3) felonious larceny on 25 March 1972, (4) felonious breaking, entering and larceny on 25 March 1972, (5) felonious breaking, entering and larceny on 24 July 1972 and (6) felonious breaking and entering on 3 March 1972. At trial defendant, through his court appointed counsel, tendered pleas of guilty to five counts of felonious breaking or entering and five counts of felonious larceny. After due inquiry as to the voluntariness of the pleas and an adjudication that the pleas were freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency, the court entered judgments imposing lengthy prison sentences from which judgments, defendant appealed.

*Attorney General Robert Morgan by Russell G. Walker, Jr., Assistant Attorney General, for the State.*

*Herbert P. Scott for defendant appellant.*

BRITT, Judge.

Inasmuch as defendant pled guilty, this appeal presents only the question whether error appears on the face of the record proper. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d 647 (1971). A careful review of the record discloses no error. The bills of indictment are regular in all respects; defendant's pleas were understandingly and voluntarily made; and the sentences imposed are within the statutory limits. *State v. Roberts, supra; State v. Wyatt,* 16 N.C. App. 626, 192 S.E. 2d 683 (1972).

The judgments appealed from are

Affirmed.

Judges CAMPBELL and BALEY concur.